Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN HEIDGEN, Appellant.

Submitted January 23, 2012; decided February 16, 2012

Reported below, 87 AD3d 1016.

Motion for assignment of counsel granted and Jillian S. Harrington, Esq., PO Box 6006, Monroe Township, New Jersey 08831 assigned as counsel to the appellant on the appeal herein. Motion for waiver of strict compliance with the requirements of the Rules of Practice of the Court of Appeals granted only to the extent that the appeal may be prosecuted upon the original file and an original and nine copies of appellant's brief and appendix.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN HEIDGEN, Appellant.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 87 AD3d 1035.

Motion for assignment of counsel granted and Jillian S. Harrington, Esq., PO Box 6006, Monroe Township, New Jersey 08831 assigned as counsel to the appellant on the appeal herein. Motion for waiver of strict compliance with the requirements of the Rules of Practice of the Court of Appeals granted only to the extent that the appeal may be prosecuted upon the original file and an original and nine copies of appellant's brief and appendix.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKIEME NESBITT, Appellant.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 89 AD3d 447.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th